IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION


JODY LEE LINDSEY                    )
                                   )
v.                                 ) NO. 1-11-0064
                                   ) JUDGE CAMPBELL
MARSHALL COUNTY JAIL, et al.        )


ORDER


Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 43), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant McGee's Motion for Summary Judgment (Docket No. 31) and Defendant Marshall County Jail's Motion to Dismiss (Docket No. 34) are GRANTED, and this action is DISMISSED. Any other pending Motions are denied as moot, and the Clerk is directed to close the file.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. Any appeal from this Order is not certified under 28 U.S.C. § 1915(a)(3) as taken in good faith.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE